## JOHN B. HODGE v. MERCANTILE FIRE & MARINE INSURANCE COMPANY OF BOSTON.[1]

July 1, 1910.

Nos. 16,596—(91).

Action in the district court for Blue Earth county to recover $700 upon a policy of fire insurance. The case was tried with the case against the Franklin Insurance Company of Philadelphia (see supra, page 321, where the facts are stated) before Pfau, J., and a jury which rendered a verdict in favor of plaintiff for $575.12. Defendant's motion for judgment notwithstanding the verdict or for a new trial was denied. From that part of the order denying defendant's motion for judgment, defendant appealed. Affirmed.

*A. R. Pfau, Jr,* and *C. J. Laurisch,* for appellant.

*C. L. Benedict* and *D. J. Severance,* for respondent.

PER CURIAM.

This case is controlled by Hodge v. Franklin Insurance Co., supra, page 321. Order affirmed.

---

## JOHN B. HODGE v. MERCANTILE FIRE & MARINE INSURANCE COMPANY OF BOSTON.[2]

July 1, 1910.

Nos. 16,597—(92).

Action in the district court for Blue Earth county to recover $1,100 upon a policy of fire insurance. The case was tried with the case against the Franklin Insurance Company of Philadelphia (see supra, page 321, where the facts are stated) before Pfau, J., and a jury which returned a verdict in favor of plaintiff for $832. Defendant's motion for judgment notwithstanding the verdict or for a new trial was denied. From that part of the order denying defendant's motion for judgment, defendant appealed. Affirmed.

*A. R. Pfau, Jr.,* and *C. J. Laurisch,* for appellant.

*C. L. Benedict* and *D. J. Severance,* for respondent.

PER CURIAM.

This case is controlled by Hodge v. Franklin Insurance Company, supra, page 321.

Order affirmed.

[1]Reported in 126 N. W. 1099.          [2]Reported in 126 N. W. 1099.